IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


United States of America

      v.                          Criminal No. 03-111-01-M

Julio Cesar Martinez


## ORDER REMITTING ASSESSMENT

Upon petition of the United States of America under the provisions of 18 U.S.C. § 3573, for remission of the balance of the unpaid assessment imposed upon the defendant named above and the Court being sufficiently advised herein, it is hereby ORDERED, that the unpaid portion of the assessment imposed against the defendant in the amount of $100.00, is remitted.


DATED:  November 7, 2006

                                    Chief Judge


cc:  USDC, Financial Administrator
     US Attorney's Office
     Bjorn Lange, Esq.